October 8, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

BARBARA WHITE, Appellant

NO. 14-14-00593-CV                    V.

JAMES N. WHITE, JR. AND AUDREY R. GORHAM, Appellees

_____

This cause, an appeal from the trial court's final divorce decree and qualified domestic relations order signed April 22, 2014, was heard on the transcript of the record. We have inspected the record and find the trial court erred in denying appellant's requested name change without explanation. We therefore order the portion of the final divorce decree denying without explanation appellant's request for a name change **REVERSED** and ordered severed and **REMAND** to the trial court to either grant the requested name change or state a reason in the decree for not doing so.

We **AFFIRM** the remainder of the trial court's final divorce decree and qualified domestic relations order.

We order that each party shall pay its costs by reason of this appeal.

We further order this decision certified below for observance.